# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE SEAL LEWIS,
        Appellant,

vs.

HIGH DESERT STATE PRISON; BRIAN
WILLIAMS, WARDEN; FLORES; AND
BRUCE STROUD, WARDEN,
        Respondents.

No. 74870

**FILED**

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; James Crockett, Judge.

On January 16, 2018, this court issued a notice directing appellant to file either an opening brief or informal brief by May 16, 2018. When appellant failed to file his brief, this court issued an order on June 5, 2018, directing appellant to file a brief by June 18, 2018. That order warned that failure to comply could result in the dismissal of this appeal as abandoned.

To date, appellant has failed to file the opening brief. However, it appears that appellant may not have received the June 5 order, as he was either transferred or paroled, and there is no forwarding address available. Accordingly, we

ORDER this appeal DISMISSED without prejudice.

_____Pickering___, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. James Crockett, District Judge
          Willie Seal Lewis
          Attorney General/Carson City
          Attorney General/Las Vegas
          Eighth District Court Clerk